James JOHNSON *v.* STATE of Arkansas

692 S.W.2d 250

Supreme Court of Arkansas
Opinion delivered July 15, 1985

*Joel W. Price*, for appellant.

*Steve Clark*, Att'y Gen., by: *Clint Miller*, Asst. Att'y Gen., for appellee.

PER CURIAM. Appellant, James Johnson, by his attorney, has filed for a rule on the clerk.

His attorney, Joel W. Price, admits that the record was tendered late due to a mistake on his part.

■ We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the

motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.